# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF MASSACHUSETTS

**PAUL JONES**

*Plaintiff*

v.

Civil Action No.: **1:20-CV-10800-FDS**

**BANK OF NEW YORK**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank of New York Mellon
240 Greenwich Street
New York, NY 10286

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Paul Jones
572 Park Street
Stoughton, MA 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Maurice Lindsay

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2020-05-06 12:21:41.0, Clerk USDC DMA**



**SHERIFF'S AFFIDAVIT OF SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

FILED IN CLERKS OFFICE
2020 JUN 3 AM 8:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

SHERIFF'S CASE #: 20017986
DOCKET/INDEX #: 1:20-CV-10800-FDS

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------x

**PAUL JONES**
PLAINTIFF

VS

**BANK OF NEW YORK MELLON**
DEFENDANT
-----------------------------------------------------x

STATE OF NEW YORK}
COUNTY OF NEW YORK} SS:

I, **QIN ZHANG**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby affirm that: I am not a party to this action or proceeding and over 18 years of age. I further affirm that on **5/20/2020**, at approximately **1:44 PM** at **240 GREENWICH STREET NEW YORK, NY 10007** in the borough of **MANHATTAN**, County of **NEW YORK**, I served the annexed: **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, VERIFICATION OF COMPLAINT AND CERTIFICATION STATE OF MASSACHUSETTS & EXHIBITS** upon **BANK OF NEW YORK MELLON**, in the following manner:

[X] **PERSONAL SERVICE ON CORPORATION, PARTNERSHIP OR GOVERMENTAL SUBDIVISION**

By delivering to and leaving with, **GLORIA CEVALLOS**, a true copy thereof. Said person stated she was the **MAIL CLERK** an agent authorized to accept service of legal process.

[X] **DESCRIPTION:**

Skin Complexion: **LIGHT**        Sex: **FEMALE**        Approx. Age: **38**        Height: **5'3"**
Weight: **165lbs.**                     Hair Color: **BROWN**

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

Dated: 5/20/2020

SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO

BY: _____
QIN ZHANG
DEPUTY SHERIFF
SHIELD # 482

Notary
Sworn before me
this 20 day of May, 2020

JULIO C. LOPEZ
Notary Public, State of New York
No. 01LO6194738
Qualified in New York County
Commission Expires Oct. 6, 20 20

OFFICE OF THE SHERIFF OF THE CITY OF NEW YORK
66 JOHN STREET - 13TH FLOOR
NEW YORK, NY 10038