UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2020 JUL 30 PM 3: 07
U.S. DISTRICT COURT
DISTRICT OF MASS.

PAUL JONES

Plaintiff                          DCKT: NO. 1:20-cv-10800-FDS

V

BANK OF NEW YORK TRUSTEE FOR THE
CERTIFICATE HOLDERS CWABS, INC.
ASSET-BACKED CERTIFICATE, SERIES
2004-7,

SANDRA ROBINSON

SELECT PORTFOLIO SERVICE INC

Defendants

NOTICE TO THE COURT

Now comes the plaintiff to notice the court that he filed a timely First Amended Complaint on July 24, 2020 by UPS tracking Number 1Z5AR1832937168553 and it was received by the Boston Federal District Court on July 27, 2020 signed for by KING See Exhibit 1.

This First Amended Complaint did not have the case number on it, plaintiff is submitting a copy of the First Amended complaint with the docket number on it. (See Exhibit 2 pg 1) along with a page that was missing titled Verification of Complaint & Certification (See Exhibit 2 pg 22).

Plaintiff has sent all defendants the correct First Amended Complaint, Verification of Complaint & Certification, none of the defendant will be prejudiced by plaintiff's mistake as they have not answered it as of today's date.

Plaintiff respectfully ask the court to except this First Amended Complaint to replace the one that was mailed to Boston Federal District court of July 24, 2020 without a docket number as nothing in the complaint has been changed as it may be sitting in the Clerk's office as they try to figure out the case number, plaintiff has been over whelmed with Two unexpected deaths in his family in the last few weeks and ask the courts to excuse that I over looked to add the case number and Verification of Complaint & Certification.

    Paul Jones     /s/ Paul Jones
    572 Park Street

    Stoughton, Ma 02072

    PJ22765@gmail.com

    617-939-5417

    July 30, 2020