Case 1:20-cv-10800-FDS   Document 3   Filed 05/06/20   Page 1 of 2

**FILED
IN CLERKS OFFICE**

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

2020 JUL 31  PM 1: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

**PAUL JONES**
*Plaintiff*

v.

Civil Action No.: 1:20-CV-10800-FDS

**BANK OF NEW YORK**
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SANDRA ROBINSON
3644 RED MESA TRAIL
AUBREY, TX 76227

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul Jones
572 Park St
Stoughton, MA 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
CLERK OF COURT

/s/ – Maurice Lindsay
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2020-05-06 12:21:41.0, Clerk USDC DMA

Civil Action No.: 1:20-CV-10800-FDS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) SANDRA ROBINSON
was received by me on (date) 7-24-2020

☑ I personally served the summons on the individual at (place) 3644 RED MESA TRAIL AUBREX, TX 76227
_____ on (date) 7-27-2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

7-27-2020
Date

*Server's Signature*

WILLIAM ALBRIGHT
*Printed name and title*

CERTIFIED PROCESS SERVER

Box 832947; RICHARDSON, TX 75083
*Server's Address*

Additional information regarding attempted service, etc:

**INVESTIGATIVE RESEARCH ASSOCIATES**
**P.O. BOX 832947**
**RICHARDSON, TX   75083-2947**
**972-889-3333**
**972-889-3338 (FAX)**


AFFIDAVIT OF WILLIAM N. ALBRIGHT


MY NAME IS WILLIAM N. ALBRIGHT. I AM OVER THE AGE OF 18 YEARS AND CAPABLE OF MAKING THIS AFFIDAVIT. I AM THE OWNER AND MANAGER OF INVESTIGATIVE RESEARCH ASSOCIATES, P.O. BOX 832947, RICHARDSON, TEXAS 75083.

ON JULY 24, 2020, I RECEIVED LEGAL COURT DOCUMENTS TO BE SERVED TO SANDRA J. ROBINSON, FROM MY CLIENT, MR. PAUL JONES. IN PARTICULAR I RECEIVED THE FOLLOWING DOCUMENTS TO BE SERVED TO SANDRA J. ROBINSON:

SUMMONS (FEDERAL CASE #1:20-cv-10800-FDS)
1ST AMENDED COMPLAINT
VERIFICATION OF COMPLAINT AND CERTIFICATION
FIRST AMENCED VERIFIED COMPLAINT
REQUEST FOR CERTIFIED COPIES OF NOTARY LOG

I PERSONALLY DELIVERED THESE ABOVE DOCUMENTS, ON BEHALF OF MY CLIENT, PAUL JONES, TO MS. ROBINSON AT HER RESIDENCE OF 3644 RED MESA TRAIL, AUBREY, TX, 76227, ON 7-27-2020, AT APPROXIMATELY 3:35 P.M.  MS. ROBINSON ACCEPTED THE DOCUMENTS WITHOUT INCIDENT, AND WAS FRIENDLY AND COOPERATIVE DURING OUR INTERACTION AND CONVERSATION WITH HER.

I SOLEMLY SWEAR AND AFFIRM THAT THIS AFFIDAVIT IS TRUE AND CORRECT.

*[signature]*
7-30-2020 WILLIAM N. ALBRIGHT


Signed and sworn before me, this 30th Day of JULY, 2020.

State of Texas
County of Collin

*[signature]*
Notary Public

OLIVIA JORDAN
Notary ID #126716286
My Commission Expires
August 30, 2021

1