UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES,<br>      Plaintiff,<br><br>v.<br><br>THE BANK OF NEW YORK AS TRUSTEE<br>FOR THE CERTIFICATE HOLDERS<br>CWABS, INC. ASSET-BACKED<br>CERTIFICATES, SERIES 2004-7, AND<br>SELECT PORTFOLIO SERVICING, INC.<br>      Defendants. | C.A. NO. 1:20-cv-10800-FDS |

**MOTION TO DISMISS FIRST AMENDED**
**VERIFIED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendants The Bank of New York Mellon, f/k/a the Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-7 and Select Portfolio Servicing, Inc., pursuant to Fed. R. Civ. P. 12(b)(6), hereby move to dismiss Plaintiff's First Amended Verified Complaint (the "Amended Complaint") for failure to state a claim as a matter of law. Plaintiff fails to establish a legal basis to void the April 9, 2018 foreclosure sale. Furthermore, the Amended Complaint does not state any actionable unfair or deceptive conduct necessary to maintain a claim under G.L. c. 93A. Defendants further rely upon their Memorandum of Law on file.

For the foregoing reasons, Defendants The Bank of New York Mellon, as Trustee, and Select Portfolio Servicing, Inc. request this Court to dismiss Plaintiff's First Amended Verified Complaint in its entirety with prejudice.

Respectfully submitted,

**THE BANK OF NEW YORK MELLON, AS TRUSTEE, and SELECT PORTFOLIO SERVICING, INC.,**

By their attorneys,

/s/ Peter F. Carr, II
Peter F. Carr, II (BBO #600069)
Carson M. Shea (BBO #694237)
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Two International Place, 16th Floor
Boston, MA  02110-2602
Telephone: 617.342.6800
Facsimile: 617.342.6899
pcarr@eckertseamans.com
cshea@eckertseamans.com

Date:   September 1, 2020

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that I sent an email to Plaintiff Paul Jones on September 1, 2020 to advise of the intent to file the within Motion to Dismiss First Amended Verified Complaint in advance of filing the motion.

Date:   September 1, 2020            /s/ Peter F. Carr, II
                                      Peter F. Carr, II

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and electronic copies sent by email to Plaintiff Paul Jones at pj22765@gmail.com and by regular mail, and paper copies sent by regular mail to those other parties which are non-registered participants.

Date:   September 1, 2020            /s/ Peter F. Carr, II
                                      Peter F. Carr, II