**INVESTIGATIVE RESEARCH ASSOCIATES**
**P.O. BOX 832947**
**RICHARDSON, TX 75083-2947**
**972-889-3333**
**972-889-3338 (FAX)**

AFFIDAVIT OF WILLIAM N. ALBRIGHT

MY NAME IS WILLIAM N. ALBRIGHT. I AM OVER THE AGE OF 18 YEARS AND CAPABLE OF MAKING THIS AFFIDAVIT. I AM THE OWNER AND MANAGER OF INVESTIGATIVE RESEARCH ASSOCIATES, P.O. BOX 832947, RICHARDSON, TEXAS 75083.

ON JULY 24, 2020, I RECEIVED LEGAL COURT DOCUMENTS TO BE SERVED TO SANDRA J. ROBINSON, FROM MY CLIENT, MR. PAUL JONES. IN PARTICULAR I RECEIVED THE FOLLOWING DOCUMENTS TO BE SERVED TO SANDRA J. ROBINSON:

SUMMONS
1ST AMENDED COMPLAINT
VERIFICATION OF COMPLAINT AND CERTIFICATION
FIRST AMENCED VERIFIED COMPLAINT
REQUEST FOR CERTIFIED COPIES OF NOTARY LOG

I PERSONALLY DELIVERED THESE ABOVE DOCUMENTS, ON BEHALF OF MY CLIENT, PAUL JONES, TO MS. ROBINSON AT HER RESIDENCE OF 3644 RED MESA TRAIL, AUBREY, TX, 76227, ON 7-27-2020, AT APPROXIMATELY 3:35 P.M. MS. ROBINSON ACCEPTED THE DOCUMENTS WITHOUT INCIDENT, AND WAS FRIENDLY AND COOPERATIVE DURING OUR INTERACTION AND CONVERSATION WITH HER.

ONCE THE DOCUMENTS WERE DELIVERED TO MS. ROBINSON, WE TALKED ABOUT OUR LAST CONVERSATION ABOUT EIGHT YEARS AGO, WHEN I SERVED HER WITH DOCUMENTS AND ASKED HER ABOUT HER EXPERIENCE AT COUNTRYWIDE MORTGAGE/BANK OF AMERICA. SHE REMEMBERED THE INTERACTION WE HAD, AND I SHOWED HER AN AFFIDAVIT THAT I PREPARED FOR MY CLIENT, COVERING THE POINTS THAT WE TALKED ABOUT IN OUR CONVERSATION, AND HER ANSWERS AND RESPONSES TO THOSE POINTS. MS. ROBINSON AFFIRMED TODAY, 7-24-20, THAT EVERYTHING IN THE AFFIDAVIT I PREPARED EIGHT YEARS AGO, WAS TRUE AND CORRECT. AND FURTHERMORE, MS. ROBINSON SAID TODAY TO ME, THAT THE OPERATIONS OF COUNTRYWIDE/BANK OF AMERICA "WERE SO AGAINST WHAT I BELIEVED AT THE TIME;" BUT SHE FELT POWERLESS TO DO ANYTHING ABOUT IT.

I SOLEMLY SWEAR AND AFFIRM THAT THIS AFFIDAVIT IS TRUE AND CORRECT.

7-30-2020 WILLIAM N. ALBRIGHT

Signed and sworn before me, this 30th Day of JULY, 2020.

State of Texas
County of Collin

Notary Public

OLIVIA JORDAN
Notary ID #126716286
My Commission Expires
August 30, 2021