# REQUEST FOR VOTER REGISTRATION INFORMATION

Name: BILL ALBRIGHT

Address: BOX 832947 City: RICHARDSON Zip: 75083

Primary Phone: 972-[redacted] Secondary Phone: 214 [redacted]

Email Address: irqdallas@hotmail.com

(Please allow 72 hour response time for your request.)

*Use of information from these files in connection with advertising or promoting commercial products or services is an offense under sections 18.009 and 18.067 of the Texas Election Code. I, the undersigned, do state that these files will not be used for such purposes.*

**NOTE: You will be sent a price quote via email before the purchase of the requested voter file. Your cash payment must be the exact amount of the cost. You may also choose to pay by check or debit/credit card.**

Bill Albright
*Signature*

8-24-20
*Date*

## Description of the file you are requesting

(Example: district, precinct, election, party, voter history, etc.):

I NEED COPIES OF THE VOTER RECORD AND CERTIFICATION OF SANDRA ROBINSON (DOB [redacted]) I NEED SOMETHING WITH HER SIGNATURE, AS I AM WORKING A FRAUD CASE. I AM A PRIVATE INVESTIGATOR (LIC. # A10217.) SANDRA ROBINSON'S CERT. # 15 02009901.

*All files requested will be in Excel format and will include voter history from the last 40 elections unless otherwise specified.

*You may send this request by mail, fax, or email to:*

**Dallas County Elections**
**Attention: Voter Registration Department**
**1520 Round Table Drive, Dallas, Texas 75247**
**Phone: 469 - 627 - VOTE (8683) Fax: 214 - 819 - 6307**
**dallascountyvotes@dallascounty.org**

Revised 02/11/2020

**Instructions for Voting by Mail on Back**
(Al Dorso: Instrucciones si vota por correo)

B3-1-41 (12/17)

## STATEMENT OF RESIDENCE

**For persons whose residence address does not match voter registration address.**

CONSTANCIA DE DOMICILIO PERMANENTE

Para personas cuya dirección no coincide con la que aparece en la lista oficial de votantes inscritos.

| **Last Name** Include suffix if any / Apellido Incluir sufijo si lo hay (Jr., Sr., III) | **First Name** / Nombre de pila | **Middle Name (if any)** / Segundo nombre (si aplica) | **Former Name** / Apellido anterior |
|---|---|---|---|
| Robinson | Sandra | D | Dickens |

**Residence Address: Street Address and Apartment Number, City, State, and Zip. If none, describe where you live.** (Do not include P.O. Box, Rural Route, or Business Address) Domicilio residencial: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal. Si no existe un domicilio, describa donde vive (no incluya apartados postales, rutas rurales o dirección del trabajo).

[redacted]

**Gender (Optional)** Sexo (Optativo)
☐ Male Masculino
☒ Female Femenino

**Mailing Address: Address, City, State, and Zip:** If mail cannot be delivered to your residence address. Dirección postal: Número y calle, y número de apartamento, Ciudad, Estado, y Código postal (si no se puede entregar correo en su domicilio residencial).

**Date of Birth: month, day, year** Fecha de Nacimiento: mes, día, año
☐☐/☐☐/☐☐☐☐

**City and County of Former Residence in Texas**
Ciudad y condadao de residencia anterior en Texas
Aubrey Denton Texas

**Telephone Number (Optional) Include Area Code** [redacted]
Teléfono (Optativo) – Incluya código de área
[redacted]

**Texas Driver's License No. or Texas Personal I.D. No. (Issued by the Department of Public Safety)**
No. de licencia de conducir de Texas o no. de identificación personal de Texas (Expedido por el Departamento de Seguridad Pública)
[redacted]

**If no Texas Driver's License or Personal Identification, give last 4 digits of your Social Security Number.** [redacted]
Si no tiene licencia de conducir de Texas o no. de identificación personal, proporcione los 4 últimos dígitos de su número de Seguro Social.

☐ **I have not been issued a Texas Driver's License/Personal Identification Number or Social Security Number.**
Yo no tengo una Licencia de conducir de Texas/Cédula de identidad personal de Texas o Número de Seguro Social.

I ... voter registration is perjury, and a crime under state and federal law. ... up to $2,000, or both. Please read all three statements ... una tarjeta de registro electoral constituye un delito de ... ción de la libertad hasta 180 días, multa de hasta $2,000 o ...

002835613

... pleted all of my punishment including any ... have been pardoned; and ... probate jurisdiction to be totally ... he right to vote.

- soy residente de este condado y ciudadano de los Estados Unidos; y
- no he sido condenado por un delito grave, o en caso de ser delincuente, he purgado mi pena por completo, incluyendo cualquier plazo de encarcelamiento, libertad condicional, supervisión, período de prueba, o se me otorgó un indulto; y
- no se me ha declarado, total o parcialmente, como discapacitado mental sin derecho al voto, por el fallo final de un juzgado de sucesiones.

X Sandra Robinson Date 3/3/2020

**Signature of Applicant or Agent and Relationship to Applicant or Printed Name of Applicant if Signed by Witness and Date.**
Firma del solicitante o su agente (apoderado) y relación de éste con el solicitante, o nombre en letra del molde del solicitante si la firma es la de un testigo, y fecha.

Doc ID: 2149482 Page 2 MAR 03 2020