**INVESTIGATIVE RESEARCH ASSOCIATES**
**P.O. BOX 832947**
**RICHARDSON, TX 75083-2947**
**972-889-3333**
**972-889-3338 (FAX)**

AFFIDAVIT OF WILLIAM N. ALBRIGHT

MY NAME IS WILLIAM N. ALBRIGHT. I AM OVER THE AGE OF 18 YEARS AND CAPABLE OF MAKING THIS AFFIDAVIT. I AM THE OWNER AND MANAGER OF INVESTIGATIVE RESEARCH ASSOCIATES, P.O. BOX 832947, RICHARDSON, TEXAS 75083.

ON OCTOBER 30, 2012, I RECEIVED LEGAL COURT DOCUMENTS TO BE SERVED TO SANDRA J. ROBINSON. I PERSONALLY DELIVERED THESE PAPERS, ON BEHALF OF MY CLIENT, PAUL JONES, TO MS. ROBINSON AT HER RESIDENCE OF 2390 FM 455, AUBREY, TX, 76227, ON 11-1-12, AT APPROXIMATELY 7:30 P.M. MS. ROBINSON ACCEPTED THE DOCUMENTS WITHOUT INCIDENT, AND WAS FRIENDLY AND COOPERATIVE DURING OUR INTERACTION AND CONVERSATION WITH HER.

ONCE THE DOCUMENTS WERE DELIVERED TO MS. ROBINSON, WE TALKED ABOUT HER EXPERIENCE AT COUNTRYWIDE/BANK OF AMERICA. SHE ACKNOWLEDGED THAT SHE DID WORK FOR COUNTRYWIDE MORTGAGE/BANK OF AMERICA, DURING 2008, AND PRIOR TO THIS TIME. SHE WAS A BONIFIED EMPLOYEE FOR COUNTRYWIDE MORTGAGE/BANK OF AMERICA, AND NOTARIZED LOTS OF DOCUMENTS, SOMETIMES AS MANY AS 200 PER DAY. IN THIS REGARD, MS. ROBINSON SAID THAT SHE MADE NO EFFORT TO KEEP A NOTARY LOG OF EVERY DOCUMENT SHE SIGNED, THIS WOULD HAVE BEEN TOO DIFFICULT, AND SHE DID NOT KEEP A LOG OF DOCUMENTS SHE NOTARIZED. IF THERE WERE SUCH A NOTARY LOG, IT WOULD BE IN THE POSSESSION OF COUNTRYWIDE MORTGAGE/BANK OF AMERICA.

WE SHOWED MS. ROBINSON A COPY OF THE ASSIGNMENT OF MORTGAGE, WHICH WAS NOTARIZED BY MS. ROBINSON, AND DATED 1-25-2008. SHE ACKNOWLEDGED THAT TIFFANY SKAIFE CHANGED THE DATE ON THE DOCUMENT. SPECIFICALLY, MS. ROBINSON SAID THAT THE WAY THE NUMERAL "8" WAS MADE, WAS NOT TYPICAL OF HOW SHE WOULD MAKE THE NUMRERAL "8." SHE WOULD HAVE MADE IT WITH TWO CIRCLES ON TOP OF EACH OTHER. NOT THE WAY IT WAS DRAWN. SHE REITERATED SEVERAL TIMES, THAT SHE DID NOT CHANGE THE DATE, THE WAY THE DATE IS WRITTEN IS NOT HER HANDWRITING.

FINALLY, MS. ROBINSON SAID THAT TIFFANY SKAIFE WORKED IMMEDIATELY IN BACK OF HER AT COUNTRYWIDE MORTGAGE, AND THAT SHE (TIFFANY) WOULD FREQUENTLY HAND HER AS MANY AS FIVE DOCUMENTS AT A TIME FOR

HER TO NOTARIZE, AND THAT SHE WOULD NOTARIZE THEM WITHOUT LOOKING AT THEM, OR FILLING OUT A NOTARY LOG.

I SOLEMLY SWEAR AND AFFIRM THAT THIS AFFIDAVIT IS TRUE AND CORRECT.

*[signature: William N. Albright]*
11-6-12 WILLIAM N. ALBRIGHT

Signed and sworn before me, this 6 th Day of NOVEMBER, 2012.

State of Texas
County of Collin

*[signature: Ann H Park]*
Notary Public

ANN H PARK
My Commission Expires
May 23, 2013

2