UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 15

CERTIFICATION AND NOTICE OF TERMINATION OF REGISTRATION UNDER SECTION 12(G) OF THE SECURITIES EXCHANGE ACT OF 1934 OR SUSPENSION OF DUTY TO FILE REPORTS UNDER SECTIONS 13 AND 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934.

Commission File Number 333-109272-24

CWABS, Inc.

(Exact name of registrant as specified in its charter)

4500 Park Granada
Calabasas, California 91302 (818) 225-3000

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

CWABS, Inc., Asset-Backed Certificates Trust 2004-7,
Asset-Backed Certificates, Series 2004-7

(Title of each class of securities covered by this Form)

None

(Titles of all other classes of securities for which a duty to file reports under section 13(a) or 15(d) remains)

Please place an X in the box(es) to designate the appropriate rule provision(s) relied upon to terminate or suspend the duty to file reports:

| | | | |
|---|---|---|---|
| Rule 12g-4(a)(1)(i) | [ ] | Rule 12h-3(b)(1)(ii) | [ ] |
| Rule 12g-4(a)(1)(ii) | [ ] | Rule 12h-3(b)(2)(i) | [ ] |
| Rule 12g-4(a)(2)(i) | [ ] | Rule 12h-3(b)(2)(ii) | [ ] |
| Rule 12g-4(a)(2)(ii) | [ ] | Rule 15d-6 | [X] |
| Rule 12h-3(b)(1)(i) | [ ] | | |

Approximate number of holders of record as of the certification or notice date: 5

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
SVOjf0eRS1HQY8I6Y22kznhQOxWQu3PtBCirGX/ME7zuh1h6Ls3V0Mmt1zM+h413
1aSI7Rx0Cn1nDoEPnfSExQ==

<SEC-DOCUMENT>0000905148-05-000648.txt : 20050127
<SEC-HEADER>0000905148-05-000648.hdr.sgml : 20050127
<ACCEPTANCE-DATETIME>20050127105339

ACCESSION NUMBER: 0000905148-05-000648
CONFORMED SUBMISSION TYPE: 15-15D
PUBLIC DOCUMENT COUNT: 1
FILED AS OF DATE: 20050127
DATE AS OF CHANGE: 20050127
EFFECTIVENESS DATE: 20050127

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: CWABS INC ASSET BACKED CERTIFICATES SERIES 2004-7
CENTRAL INDEX KEY: 0001304648
STANDARD INDUSTRIAL CLASSIFICATION: ASSET-BACKED SECURITIES [6189]
IRS NUMBER: 000000000
STATE OF INCORPORATION: DE
FISCAL YEAR END: 0228

FILING VALUES:
FORM TYPE: 15-15D
SEC ACT: 1934 Act
SEC FILE NUMBER: 333-109272-24
FILM NUMBER: 05552240

BUSINESS ADDRESS:
STREET 1: 4500 PARK GRANADA
CITY: CALABASAS
STATE: CA
ZIP: 91302
BUSINESS PHONE: (818) 225-4898

MAIL ADDRESS:
STREET 1: 4500 PARK GRANADA
CITY: CALABASAS
STATE: CA
ZIP: 91302

</SEC-HEADER>
<DOCUMENT>
<TYPE>15-15D
<SEQUENCE>1
<FILENAME>efc5-0191_5650434form1515d.txt
<TEXT>

<PAGE>

Pursuant to the requirements of the Securities Exchange Act of 1934, CWABS, Inc. has caused this certification/notice to be signed on its behalf by the undersigned duly authorized person.

DATE: January 27, 2005

BY: /s/ Leon Daniels
---------------------
Leon Daniels
Vice President

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----