# INITIAL CERTIFICATION OF TRUSTEE

September 28, 2004

CWABS, Inc.
4500 Park Granada
Calabasas, California 91302

Countrywide LFT LLC
4500 Park Granada
Calabasas, California 91302

Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, California 91302

Countrywide Home Loans Servicing LP
400 Countrywide Way
Simi Valley, California 93065

Fannie Mae
4000 Wisconsin Avenue
Washington, D.C. 20016

Re: Pooling and Servicing Agreement dated as of September 1, 2004 among CWABS, Inc., as depositor, Countrywide Home Loans, Inc., as a seller, Countrywide LFT LLC, as a seller, Countrywide Home Loans Servicing LP, as master servicer, Fannie Mae, as guarantor, The Bank of New York, as trustee and <u>BNY Western Trust Company, as co-trustee, Asset Backed Certificates, Series 2004-7</u>

Gentlemen:

In accordance with Section 2.02 of the above-captioned Pooling and Servicing Agreement, the undersigned, as Trustee, hereby certifies that, as to each Mortgage Loan listed in the Mortgage Loan Schedule (other than any Mortgage Loan paid in full or listed in the attached list of exceptions) it has received:

(i) the original Mortgage Note, endorsed by the Seller or the originator of such Mortgage Loan, without recourse in the following form: "Pay to the order of _____, without recourse"; and

(ii) a duly executed assignment of the Mortgage in the form permitted by Section 2.01 of the Pooling and Servicing Agreement referred to above.

Based on its review and examination and only as to the foregoing documents, such documents appear regular on their face and related to such Mortgage Loan.

The Trustee has made no independent examination of any documents contained in each Mortgage File with respect to an Mortgage Loan beyond the review specifically required in the above-referenced Pooling and Servicing Agreement. The Trustee makes no representations as to: (i) the validity, legality, sufficiency, enforceability or genuineness of any of the documents

BNY001095

contained in each Mortgage File of any of the Mortgage Loans identified on the Mortgage Loan Schedule or (ii) the collectibility, insurability, effectiveness or suitability of any such Mortgage Loan.

Capitalized words and phrases used herein shall have the respective meanings assigned to them in the above-captioned Pooling and Servicing Agreement.

THE BANK OF NEW YORK,
as Trustee

By: *Courtney A Bartholomew*
Name:
Title: COURTNEY A. BARTHOLOMEW
VICE PRESIDENT

BNY001097