

## Schedule A

File Number 10-00466289     Policy No. MMTC8114229     Amount $274,550.00

1. Policy Date: March 29, 2005 at 9:51 AM

2. Name of Insured: Optima Mortgage Corporation its successors and/or assigns

3. The title to the fee simple estate in said land is, at the date hereof, vested in

PAUL JONES

4. The mortgage and assignments, if any, covered by this policy are described as follows:

Mortgage dated June 22, 2004 and recorded March 29, 2005 in Official Records BOOK 22224, PAGE 219 made by PAUL JONES, AN UNMARRIED PERSON, to Optima Mortgage Corporation, to secure an original principal indebtedness of $274,550.00.

5. The land referred to in this policy is situated in Norfolk County, MA, and is the same land as described in the mortgage shown at No. 4 above.

THE LAND IN STOUGHTON WITH THE BUILDINGS THEREON, ON THE NORTHEASTERLY SIDE OF PARK STREET, AND BOUNDED: BEGINNING ON PARK STREET AT A POINT SEVENTY-FIVE (75) FEET NORTHERLY FROM LAND NOW OR LATE OF OLD COLONY RAILROAD COMPANY, NOW OR FORMERLY OCCUPIED BY THE STOUGHTON LUMBER COMPANY; THENCE RUNNING NORTHEASTERLY BY LAND NOW OR FORMERLY OF AUGUST O. LINDELOF AND EMMA J. LINDELOF BY A LINE PARALLEL WITH AND SEVENTY-FIVE (75) FEET DISTANCE FROM SAID RAILROAD LAND ONE HUNDRED AND FIFTY (150) FEET TO A CORNER; THENCE RUNNING NORTHERLY BY SAID AUGUST O. LINDELOF AND EMMA J. LINDELOF LAND BY A LINE PARALLEL WITH PARK STREET ONE HUNDRED AND TEN FEET TO A CORNER; THENCE RUNNING SOUTHWESTERLY BY LAND NOW OR FORMERLY OF SAID AUGUST O. LINDELOF AND EMMA J. LINDELOF BY A LINE PARALLEL WITH THE FIRST COURSE ONE HUNDRED AND FIFTY (150) FEET TO PARK STREET; THENCE SOUTHERLY BY PARK STREET ONE HUNDRED AND TEN (110) FEET TO POINT OF BEGINNING. ALSO: A CERTAIN PARCEL OF LAND SITUATE IN SAID STOUGHTON, MASS., AND BEING LOT 3 AS SHOWN ON A PLAN ENTITLED "PLAN OF LAND IN STOUGHTON, MASS.", DATED JANUARY 18, 1968, DULY RECORDED. CONTAINING ACCORDING TO SAID PLAN 7,691 SQUARE FEET. ALSO: A CERTAIN PARCEL OF LAND SITUATED ON THE NORTHEASTERLY SIDE OF PARK STREET IN SAID STOUGHTON, MASSACHUSETTS AND BEING DESCRIBED AS FOLLOWS: BEGINNING AT A STAKE ON THE SOUTHERLY CORNER OF LAND OF "RUTH E. CURTIS" AND BEING SHOWN ON A PLAN ENTITLED "PLAN OF LAND IN STOUGHTON, MASS." DATED JANUARY 18, 1968 AND RECORDED WITH NORFOLK DEEDS, BOOK 4490, PAGE 69, THENCE RUNNING BY PARK STREET AS SHOWN ON SAID PLAN, S 40 DEGREES 54 MINUTES 11 SECONDS E, 75 FEET TO A STAKE; THENCE TURNING AND RUNNING N 46 DEGREES 19 MINUTES 29 SECONDS E 220 FEET TO A POINT; THENCE TURNING AT AN APPROXIMATE RIGHT ANGLE AND RUNNING NORTHWESTERLY A DISTANCE OF 75 FEET, MORE OR LESS, TO A POINT AT THE NORTHEASTERLY CORNER OF DISTANCE 75 FEET, MORE OR LESS, TO A POINT AT THE NORTHEASTERLY CORNER OF LOT 3 SHOWN ON SAID PLAN, SAID POINT BEING DESIGNATED ON SAID PLAN AS "C.B. TO BE SET,"; THENCE TURNING AND RUNNING BY LOT 3 AND LAND OF "RUTH E. CURTIS" AS SHOWN ON SAID PLAN, S 46 DEGREES 19 MINUTES 29 SECONDS W., 220 FEET TO THE POINT OF BEGINNING.

ORT MORTGAGE FORM 2252     **This policy valid only if schedule B is attached.**

BNY000395

# Endorsement



File No: 10-00466289
Policy No. MMTC8114229

The Company hereby insures against loss or damage sustained by reason of:

1. The invalidity or unenforceability of the lien of the insured mortgage resulting from the provisions therein which provide for changes in the rate of interest.
2. Loss of priority of the lien of the insured mortgage as security for the unpaid principal balance of the loan, together with interest as changed in accordance with the provisions of the insured mortgage, which loss of priority is caused by the changes in the rate of interest.

"Changes in the rate of interest", as used in this endorsement, shall mean only those changes in the rate of interest calculated pursuant to the formula provided in the insured mortgage at Date of Policy.

This endorsement does not insure against loss or damage based upon

    (a) usury, or

    (b) any consumer credit protection or truth in lending law.

This endorsement is made a part of the policy and is subject to all of the terms and provisions thereof and of any prior endorsements thereto, except that the insurance afforded by this endorsement is not subject to Section 3(d) of the Exclusions From Coverage. Except to the extent expressly stated, it neither modifies any of the terms and provisions of the policy and any prior endorsements, nor does it extend the effective date of the policy and any prior endorsements, nor does it increase the face amount thereof.

Countersigned:

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY
A Stock Company
400 Second Avenue South, Minneapolis, Minnesota 55401
(612) 371-1111

_____
Authorized Officer or Agent

By _____ President

Attest _____ Secretary

ALTA Endorsement Form 6
Variable Rate Mortgages 1980 - rev. 3-27-81