| | |
|---|---|
| Total DTI | 16.51 % |
| Credit Score | 564 |
| No Credit Score | |

## Sub Prime Adjustments

| Adjustment Description | Note Rate Adj | Margin Adj |
|---|---|---|
| **Total Sub Prime Adjustments** | 0.000 | 0.000 |

## SRP Adjustments

| SRP Adjustment Name | SRP Adj Points |
|---|---|
| **Total SRP Adjustments** | 0.000 |

Once the funding package is received, the target funding date will be equal to the file due date plus 10 days. Commitments relocked after the funding package is received will have a target funding date equal to the file due date.

The above rate, loan price, and servicing released premium (if applicable) are in effect through the expiration of the Commitment. Price and servicing released premium indicated above are based upon the information obtained at the time of locking. Bank of America may make adjustments to the price or servicing released premium (if applicable) consistent with the pricing guide or SRP tables contained in the Guide upon review and verification of the information submitted in the loan package. This Commitment is not a confirmation that the above referenced mortgage loans comply with the requirements of Bank of America, including, without limitation, the underwriting and mortgage loan eligibility requirements of Bank of America. In addition to any other requirements of Bank of America, this Commitment will be invalid if Seller was not properly licensed or failed to comply with applicable law with respect to the mortgage loans described above.

Bank of America, N.A.

Lock Date: 6/21/2004 2:55:02 PM

By: The Correspondent Web site (User ID: 8876-60)

---

The information provided is intended for use by mortgage professionals and financial institutions regarding secondary transactio and programs subject to change without notice.

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2011 Bank of America Corporation. All rights reserved. Trade marks are the property of Bank of America Corporation.