

Welcome to IAM-REO.com - Innovative

Professional - Dedicated

### VISION
"People are first.  **Innovative Asset Management** is committed to providing families and individuals with the opportunity and resources to create a fresh start as well as experience the pride and stability that comes from homeownership."

### MISSION
"Our mission is to set the standard for performance in the Default Industry.  We accomplish this by cultivating an environment of commitment to the growth of our employees which creates commitment to our vision."

**Industry News:**

HousingWire.com

Innovative's Management Team



Aurora Pucciarello / CEO

Stuart Graham / Director of Operations

Joe Peterson / Vice President - Sales

Tiffany Skaife / Vice President - Title & Escrow

Contact Us:

stuart.graham@iam-reo.com

214-491-9044

_____

aurora.pucciarello@iam-reo.com

214-801-3788



# About Us

Professional - Dedicated - Innovative

**Vendor Experience with a Proven Track Record**

-Innovative Asset Management is a designated minority owned company.

-Management team with over six decades of experience in managing REO.

-Broker network of over 30,000 registered and approved agents.

-National network of Title / Attorney / Property Preservation Vendors.

**Quality of Service**

-Workflow and task management system with real-time communication.

-Assets are assigned only to high performing vendors.

-Vendors local to each property are used to ensure appropriate handling.

-Key vendor partnerships offer the right pricing and added risk mitigation.

Clients demand that their REO assets be managed by professionals with hands-on experience in Default Asset Management. Innovative Asset Management offers just that; turn-key management of the entire REO process by an executive team with over six decades of experience in REO, and utilization of web-based systems with the ability to seamlessly integrate to existing systems.

We understand the importance of yielding the highest liquidated return in the shortest amount of time while providing quality service.

**INTRODUCTION**

Innovative Asset Management (IAM) was formed to "bridge the gap" in the REO industry of its need for an innovative and progressive Default Management Company. The result is a combination of seasoned professionals with extensive industry experience; menu-driven client Web applications and partnerships with dedicated, professional vendors. IAM delivers asset management solutions that are customized to fit our clients' needs.

### State of the Art Technology

-24/7, secure web-based access to data by all involved parties.

-Ability to seamlessly integrate with client systems.

-Reporting options give you the information you need, in the format you want.

-Scalability to handle increased volumes due to process flows.

### Turn-key Services

-Full Range of Turn Key REO Services across the life cycle of the REO.

-Services designed around client needs and expectations.

-All services are measured by Key Performance Indicators.

## MANAGEMENT

IAM's management team has a keen understanding of the impact non-performing assets have on our clients. With over 60 years experience in the outsourcing and default management industry, our seasoned staff is qualified to produce results above industry standards, even in today's changing markets.

On-line technology and partnerships with premier REO, Foreclosure and Eviction professionals allow our veteran staff to sell properties faster and maximize disposition profit. IAM's default servicing technology automatically generates emails to clients, vendors and associates allowing real-time management of the REO workflow and detailed action and correspondence history.

Our goal at IAM is to mirror our client's culture and business philosophies and to provide a level of service surpassing industry standards. We accomplish this by maintaining strong relationships and listening to the needs of our clients, vendors and staff. The result is superior service, innovative marketing solutions, and a full-spectrum of value-added services.

## PERFORMANCE STANDARDS

We set ourselves a part from the other asset disposition companies by dedication to achieving the highest level of performance for managing time-lines and delivering superior service. IAM's goal is to "set the standard" for performance in the Default Industry.

Our advanced technology allows us to track performance of our staff, REO broker network, attorneys, field services partners, eviction specialists, and title closing agents. By defining Key Performance Indicators (KPI's) we measure how well we are meeting the needs of our clients. A dedicated asset management team identifies which KPI are most valuable and how this information will be measured, reported and utilized.

Our customers have real-time access to monitor the performance of their assets 24 hours per day, 7 days per week via the internet. We are committed to exceeding the expectations of our clients and backing it up with measurable results.

## TECHNOLOGY

IAM's fully automated on-line management system is completely integratable with the client's servicing platform or can stand alone as a single, reliable portal. The system is hosted in an industry-standard SAS-70 K, Level 2 environment with customized accessibility. Communication is maintained by all parties involved in the transaction without leaving the system using secure logins with multiple permission levels.

Our progressive technology approach gives clients access to real-time information about their portfolio 24 hours per day, seven days per week. Clients view REO workflow actions and tasks, correspondence history, property photos, invoices and other imaged documents associated with the file from their home, office or while on vacation. With point and click convenience this default property management tool is flexible and easy to use.

Clients further benefit from a paperless audit trail with unlimited reporting capabilities and built-in quality control functions. The QA module automatically flags client-defined variances allowing the Asset Manager choice of whether to "accept," "reject" or "revise." Exception reports are quickly and easily generated to provide a higher level of service to those properties that fall outside the norm.

Other value-added features of the system help confirm the true value of an asset. The "mapping" feature provides a visual picture of the proximity of the subject property to the comparables guaranteeing the best comparisons have been used. For an even more detailed picture of the location, the "aerial photography" feature provides a view of everything located in close proximity to the subject property. This type of detail helps the Asset Manager determine the accuracy of the proposed value.

IAM's innovative technology provides the platform our associates need to support vendors and clients. The system makes it easy to communicate and provide accurate information to everyone involved in the transaction. Outstanding people using innovative state-of-the-art technology is our recipe for success.

**MISSION STATEMENT**

IAM's mission is to set the standard for performance in the Default Industry. We accomplish this by cultivating an environment that stimulates creative thinking, supports teamwork, expands knowledge, and provides support and a platform to give back to

the community.

**The IAM values are:**
1. Take care of our people.
2. Conduct business with integrity and honesty.
3. Work together to create opportunities to help others.
4. Listen to the needs of our clients and vendor partners.



# Services

Professional - Dedicated - Innovative

**Innovative Asset Management is a full service REO company and provides all necessary services to prepare, market and sell our clients' REO assets.**

- **BPO, Bulk and Individual.**
- **Value Reconciliation.**
- **Appraisals.**
- **Property Inspections, Including 3rd Party Inspections.**
- **2nd Lien Monitoring.**
- **Eviction Proceedings.**
- **Property Repairs and Maintenance.**
- **Title Ordering / Review / Resolution.**
- **Property Listing.**
- **Offer Management.**
- **Closing Services.**

**In order to complete these services, Innovative Asset Management leverages the following:**

**VENDOR RELATIONSHIPS**

Another important attribute making Innovative Asset Management stand out from the rest is its strong relationships with seasoned professionals who have extensive industry experience in their particular fields. We accomplish this by forming partnerships with companies whose primary focus is on what they do best. Not those companies who are trying to be "all things to all people."

The advantages of this arrangement not only include the level of expertise you receive, but also the built-in "checks and balances." For example, the property preservation team and the brokers, both communicate the condition of the property, offering a way to "check up" on each other. This helps eliminate "fraud" and misstatements concerning the property. You also receive the benefit of being billed by a single entity instead of multiple vendors.

At IAM, we are only as good as the people performing the services we offer. This is why a major emphasis is placed on screening our national network of vendors for the best in the business. Offering the highest quality services begin with the people you have performing each individual function.

NATIONAL BROKER/AGENT NETWORK:
Twenty thousand brokers located throughout the U.S. make up IAM's national network of real estate brokers. To make certain your assets are being assigned to the Broker best suited to sell the property, Brokers are screened not only by proximity to the subject property but by past performance.

Contracting with "local" agents helps ensure they have in-depth knowledge of a particular area which can aid in the sale of the property. Screening "past performance" helps identify Brokers who might be experiencing an overload of volume or have other issues affecting their ability to sell the property quickly and effectively.

Brokers are graded by performance both objectively and subjectively. Agents are measured objectively, by Key Performance Indicators, on their ability to meet designated timelines. Agents are also measured subjectively, by the Asset Managers on service quality; knowledge; and likelihood of using that agent on future assignments. If a Broker receives high marks in both areas then the system allows them to be set up on a "preferred" status. Non-performing agents can be marked on a "do not use" status.

Monthly agent report cards help the agent know if his or her performance has slipped and give them an opportunity to take corrective action. IAM's screening system allows us to place assets with agents who have the best chance of selling our assets for the highest price in the shortest amount of time.

NATIONAL ATTORNEY NETWORK:
At IAM, we utilize the original foreclosure attorney for evictions, title and closing whenever possible. If we know that an attorney from our network of preferred eviction attorneys will provide better service than the foreclosure attorney, then we assign an attorney from there.

By utilizing the original foreclosure attorney our clients benefit from familiarity with the file and the ability to reduce the title expense by ordering a title date down report vs. a full title policy, shortening timelines and eliminating redundant expenses. By removing the need to contact the client for information the foreclosure attorney already obtained we can offer a much smoother curative process with less closing delays.

On all assets where the occupant is unwilling to accept "Cash for Keys" an eviction begins within 24 hours of determination of occupancy status. The IAM eviction specialist tracks and monitors the asset until "cash for keys" is accepted; the occupant willingly vacates the property; or eviction has occurred and lockout taken place.

If it is not possible to use the services of the foreclosure attorney, then an attorney is chosen based upon proximity to the subject property and graded performance. IAM's database of nationwide eviction attorneys are held accountable to USFN eviction guidelines. All communication with the attorneys is documented in our system and available for clients to view.

NATIONWIDE FIELD SERVICES:
IAM partners with the industry's best, E&O insured contractors to deliver consistent results in field services. Our field service partners must conduct themselves with integrity, honesty and a proven track record.

Utilizing our national network of contractors allows us to deliver consistency in quality and execution while freeing up realtors to focus solely on marketing properties. It is a proven fact that trimming overgrown shrubs, weeding flower beds, and edging, trimming and cutting grass has an impact on curb appeal of a property and helping to compel buyers inside.

It is also well-known in the industry that repairing minor defects can cure common objections of potential buyers. Minor repairs may include replacing batteries in detectors, restoring missing outlet plates, capping exposed wires and repairing wall damage, locks, fences and handrails. Taking care of minor repairs helps lower the buyer's anxieties or fears associated with purchasing a "foreclosure."

Once a property has been determined "vacant," initial services are ordered. The work may include securing/lock change; debris removal; boarding and screening; winterization; lawn maintenance; snow removal; providing repair and rehab bids; extermination; pool draining and securing; violations abatement and personal property removal.

Our nationwide network of field service partners allows IAM the ability to move assets more quickly towards getting them listed and available for sale. Our value-added services enhance the marketability of the property reducing the number of days on market and increasing net profit per asset.

NATIONAL DEFAULT TITLE SERVICES:
Through our partnership with one of the nation's largest default title service companies

we are capable of effectively directing, governing and monitoring title and information requirements for our clients.  We utilize local closing agents to ensure familiarity with redemption and confirmation requirements.  Local agents also provide the benefit of proactively clearing title issues and monitoring closing contingencies.

The Closing and Title services offered by our network of national default title servicers includes:
- Open order within 24 hrs.
- Clear title issues.
- Obtain appropriate information.
- Communicate all title issues.
- Manage closing contingencies.
- Obtain HOA information.
- Procure and resolve title.
- Execute documents via limited POA.
- Track client proceeds and invoices.
- Provide imaged documents.

Client proceeds are wired directly from the closing office the same day if prior to wire cut off time.  Closing which occurs after the wire cut off time will be sent the following day.

## CLIENT SERVICES

The level of client satisfaction is how we measure our success.  The number one goal at IAM is to exceed our customer's expectations.  Our clients benefit by having their issues or concerns resolved quickly by a dedicated team familiar with that company's individual requirements.

Each customer is assigned a senior level manager whose responsibility is to maintain close contact with the client.  Communication is accomplished in a variety of ways.  Daily client interaction occurs both through email and telephone based upon client preference or urgency of the situation.  Each quarter an on-site client review is conducted to exchange feedback on service delivery and goal accountability.

Investors are given access to real-time information on their portfolio 24/7 using a secured username and password via the web.  Through the client portal all data and activity on the property can be viewed by the investor.  Customized client reports can be made available as often as the client wants.

Market forecasting and reports are available using data across our total inventory.  By forecasting state specific loss trends, Asset Managers can determine if a proposed marketing strategy is effective in a particular area.  Numerous "canned" reports and customized reporting is available as all data stored is reportable.

## MARKETING

The three factors that affect the "number of days" on market the most are list price,

condition and marketing. If the asset is being sold "as is" then the price must reflect the condition of the property.  If the property is already in good condition or is determined cosmetic repairs can shorten the days on market and still give a return on investment, then the price can be higher.

Getting the property priced right and in market condition won't do any good if no effort is made to "market" the property.  In other words, you must get the sales information in front of the "right" audience.  It is the job of the IAM Asset Manager to be familiar with their geographic areas and target market then list accordingly.

Local real estate agents are required to present a proposed marketing strategy to the IAM Asset Manager.  The Asset Manager uses this information to develop the most probable sales price and listing recommendation.  By taking into consideration sold and listing comparables, agent information about the property and condition of the market, the Asset Manager recommends an "as is" or "repaired" strategy.  Recommendations are based on client's repair philosophy.

If the asset is not sold in the first 30 days on the market, real estate agents are required to submit a "Monthly Marketing Report" (MMR) which will be reviewed by the Asset Manager to determine if a price reduction is appropriate.  The review process takes into consideration the number of showings; showing feedback, and any changes in market condition.

Once the Asset Manager has completed the valuation review, set the sales strategy, established a "Reconciled Market Value" (RMV) and list price, the property is ready to be put on the market.  The expected timeframe from access to completed sales strategy is 14 days.

**OFFER MANAGEMENT SYSTEM**

Buyer's agents submit property offers via IAM's web based technology.  Once an offer is received, the Asset Manager negotiates within client's delegated authority to the highest and best offer.  Each offer is responded to within 24 hours of receipt.

Our goal is to deliver the highest recovery possible within a reasonable amount of days on market (DOM).  The offer history consisting of all negotiations is permanently stored in our system for clients to review.

At IAM we understand every day the asset sits on the market costs money.  IAM executes and delivers all contracts within 48 hours of receipt.  The Asset Manager strives to achieve the highest net for the client based on condition of market, DOM and offer history.

**ACCOUNTING AND REPORTING**

IAM's technology system has the ability to generate customized reports for its clients.

The system can be programmed to send out the report as frequently or infrequently as needed by the client. All documents can be uploaded and are viewable by the customer as PDF's or in a format integratable with the client's existing system.

The Brokers enter reimbursement requests directly into the system. The reimbursement request is electronically routed to the appropriate Asset Manager at IAM. If approved, it is sent to the Accounting Department for payment according to the customized reimbursement schedule.

An itemized report is generated detailing all pre-closing expenses for each property. By accurately tracking client proceeds and expenses, the customer can clearly see how well their account is being managed.



# Contact Us

**Professional - Dedicated - Innovative**

Please Contact Us!  We are here to help!

stuart.graham@iam-reo.com

214-491-9044

_____

aurora.pucciarello@iam-reo.com

214-801-3788

