# EXHIBIT 4

                        (7) Immediately prior to the assignment of each
Liquidity Trust Mortgage Loan to the Depositor, the Liquidity Trust
had good title to, and was the sole owner of, such the Liquidity
Trust Mortgage Loan free and clear of any pledge, lien, encumbrance
or security interest and had full right and authority, subject to no
interest or participation of, or agreement with, any other party, to
sell and assign the same pursuant to this Agreement.

                (d) Upon discovery by any of the parties hereto of a breach
of a representation or warranty set forth in Section 2.03(a) through (c) that
materially and adversely affects the interests of the Certificateholders in
any Mortgage Loan or the Guarantor, with respect to any Mortgage Loan in Loan
Group 2 or Loan Group 3, the party discovering such breach shall give prompt
notice thereof to the other parties and the NIM Insurer. Each of the Master
Servicer and the Sellers (each, a "Representing Party") hereby covenants with
respect to the representations and warranties set forth in Sections 2.03(a)
through (c) that within 90 days of the earlier of the discovery by such
Representing Party or receipt of written notice by such Representing Party
from any party of a breach of any representation or warranty set forth herein
made that materially and adversely affects the interests of the
Certificateholders in any Mortgage Loan or the Guarantor, with respect to any
Mortgage Loan in Loan Group 2 or Loan Group 3, it shall cure such breach in
all material respects and, if such breach is not so cured, shall, (i) if such
90-day period expires prior to the second anniversary of the Closing Date,
remove such Mortgage Loan (a "Deleted Mortgage Loan") from the Trust Fund and
substitute in its place a Replacement Mortgage Loan, in the manner and subject
to the conditions set forth in this Section; or (ii) repurchase the affected
Mortgage Loan or Mortgage Loans from the Trustee at the Purchase Price in the
manner set forth below; provided that (a) any such substitution pursuant to
(i) above or repurchase pursuant to (ii) above shall not be effected prior to
the delivery to the Trustee and, upon request, to the Guarantor, of the
Opinion of Counsel required by Section 2.05 hereof, (b) any such substitution
pursuant to (i) above shall not be effected prior to the additional delivery
to the Trustee of a Request for File Release and (c) any such substitution
pursuant to (i) above shall include a payment by the applicable Representing
Party of any amount as calculated under item (iii) of the definition of
"Purchase Price". Any Representing Party liable for a breach under this
Section 2.03 shall promptly reimburse the Master Servicer, the Guarantor or
the Trustee for any expenses reasonably incurred by the Master Servicer, the
Guarantor or the Trustee in respect of enforcing the remedies for such breach.
To enable the Master Servicer to amend the Mortgage Loan Schedule, any
Representing Party liable for a breach under this Section 2.03 shall, unless
it

                                      80

<PAGE>

cures such breach in a timely fashion pursuant to this Section 2.03, promptly
notify the Master Servicer whether such Representing Party intends either to
repurchase, or to substitute for, the Mortgage Loan affected by such breach.
With respect to the representations and warranties described in this Section
that are made to the best of the Representing Party's knowledge, if it is
discovered by any of the Depositor, the Master Servicer, the Sellers or the
Trustee that the substance of such representation and warranty is inaccurate
and such inaccuracy materially and adversely affects the value of the related
Mortgage Loan, notwithstanding the Representing Party's lack of knowledge with
respect to the substance of such representation or warranty, such inaccuracy
shall be deemed a breach of the applicable representation or warranty.

                With respect to any Replacement Mortgage Loan or Loans, the
applicable Seller delivering such Replacement Mortgage Loan shall deliver to
the Trustee for the benefit of the Certificateholders the related Mortgage
Note, Mortgage and assignment of the Mortgage, and such other documents and
agreements as are required by Section 2.01, with the Mortgage Note endorsed
and the Mortgage assigned as required by Section 2.01. No substitution will be
made in any calendar month after the Determination Date for such month.
Scheduled Payments due with respect to Replacement Mortgage Loans in the Due
Period related to the Distribution Date on which such proceeds are to be
distributed shall not be part of the Trust Fund and will be retained by the
applicable Seller delivering such Replacement Loan on such Distribution Date.
For the month of substitution, distributions to Certificateholders will
include the Scheduled Payment due on any Deleted Mortgage Loan for the related
Due Period and thereafter the applicable Seller shall be entitled to retain
all amounts received in respect of such Deleted Mortgage Loan. The Master