# EXHIBIT 5

\<PAGE\>

Exhibit E

Exhibit E is a photocopy
of the Tax Matters Person Certificate (Class A-R)
as delivered.

[See appropriate documents delivered at closing.]

E-1

\<PAGE\>

Exhibit F-1 and F-2

[Exhibit F-1 and F-2 are schedules of Mortgage Loans]

[Delivered to Trustee at closing and on file with the Trustee.]

F-1

\<PAGE\>

EXHIBIT G-1

FORM OF INITIAL CERTIFICATION OF TRUSTEE

[Date]

[Depositor]

[Sellers]

[Master Servicer]

[Guarantor]

Re:   CWABS Asset-Backed Certificates, Series 2004-7

Gentlemen:

In accordance with Section 2.02 of the Pooling and Servicing Agreement dated as of September 1, 2004 (the "Pooling and Servicing Agreement") among CWABS, Inc., as Depositor, Countrywide Home Loans, Inc., as Seller, Countrywide LFT LLC, as Seller, Countrywide Home Loans Servicing LP, as Master Servicer, the undersigned, as Trustee, BNY Western Trust Company, as Co-Trustee, Federal National Mortgage Association, as Guarantor, the undersigned, as Trustee, hereby certifies that, as to each Mortgage Loan listed in the Mortgage Loan Schedule (other than any Mortgage Loan paid in full or listed in the attached list of exceptions) the Co-Trustee has received:

(i) the original Mortgage Note, endorsed by the applicable Seller or the originator of such Mortgage Loan, without recourse in the following form: "Pay to the order of _____, without recourse", or, if the original Mortgage Note has been lost or destroyed and not replaced, an original lost note affidavit from the applicable Seller, stating that the original Mortgage Note was lost or destroyed, together with a copy of the related Mortgage Note; and

(ii) a duly executed assignment of the Mortgage in the form permitted by Section 2.01 of the Pooling and Servicing Agreement.

Based on its review and examination and only as to the foregoing documents, such documents appear regular on their face and related to such Mortgage Loan.