# EXHIBIT 6

Bk 25529 Pg356 #16182
02-25-2008 @ 11:25a

# ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that MERS, as nominee for Optima Mortgage Corporation, which is organized and existing under the laws of United States of America

NOT AN OFFICIAL COPY     NOT AN OFFICIAL COPY

FOR VALUE RECEIVED, hereby grants, assigns and transfers to      C O P Y

Bank of New York as Trustee for the Certificate Holders, CWABS, Inc., Asset-Backed Certificates, Series 2004-7, located in Simi Valley, CA 93065

All of the right, title, interest of said that MERS, as nominee for Optima Mortgage Corporation in and to and under that certain Mortgage dated June 22, 2004, executed by Paul Jones and recorded with Norfolk County () Registry of Deeds at Book 22224, Page 219, describing the land therein as 572 Park Street, Stoughton, MA 02072, and further described in the Exhibit "A" attached hereto and made a part hereof;

TOGETHER with the Note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

IN WITNESS WHEREOF, MERS, as nominee for Optima Mortgage Corporation has caused these presents to be signed by its duly authorized officer and its corporate seal to be hereunto affixed, this 10th day of October, 2006.

IN THE PRESENCE OF:          MERS, as nominee for Optima Mortgage Corporation

_Paula Meyer_                _Tiffany Skaife_
Paula Meyer                  Tiffany Skaife, Asst. Secretary

STATE OF Texas
County of Collin

On 01-25-2008 ~~10/10/2006~~ before me, Tiffany Skaife _____ personally appeared _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

NOTARY PUBLIC SIGNATURE

SANDRA J ROBINSON
My Commission Expires
March 15, 2011
NOTARY PUBLIC SEAL

RECEIVED AND RECORDED
NORFOLK COUNTY
REGISTRY OF DEEDS
DEDHAM, MA
CERTIFY
_William P O'Donnell_
WILLIAM P. O'DONNELL, REGISTER