# EXHIBIT 8

05-Mar-2013 02:13 PM Bank of America 213-345-1002     7/8

## ALLONGE TO NOTE

LOAN NUMBER: 0640520008
LOAN AMOUNT: $274,550.00
PROPERTY ADDRESS: 572 PARK STREET, STOUGHTON, MASSACHUSETTS 02072

ALLONGE TO NOTE DATED JUNE 22, 2004

IN FAVOR OF OPTIMA MORTGAGE CORPORATION

AND EXECUTED BY PAUL JONES

PAY TO THE ORDER OF:
COUNTRYWIDE DOCUMENT CUSTODY SERVICES, A DIVISION OF TREASURY BANK, N.A.

WITHOUT RECOURSE OPTIMA MORTGAGE CORPORATION

BY: *[signature]*

TITLE: Karen Hellmich
V.P. of Operations

ALLONGE TO NOTE
05/06/04

05-Mar-2013 02:13 PM Bank of America 213-345-1002     8/8

PAY TO THE ORDER OF

COUNTRYWIDE HOME LOANS INC.

WITHOUT RECOURSE

COUNTRYWIDE DOCUMENT CUSTODY SERVICES,
A DIVISION OF TREASURY BANK, NA

BY *Amader*
LAURIE MEDER
VICE PRESIDENT

PAY TO THE ORDER OF

WITHOUT RECOURSE
COUNTRYWIDE HOME LOANS, INC.

BY
David A. Spector
Managing Director