**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| <u>Paul Jones</u><br>Plaintiff | CIVIL ACTION |
| V. | NO. <u>20-cv-10800-FDS</u> |
| <u>Sandra Robinson</u><br>Defendant | |

### NOTICE OF DEFAULT

    Upon request of the Plaintiff(s) Paul Jones for an order of Default for failure of the Defendant(s), Sandra Robinson to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant(s) has been defaulted this <u>25th day of May 2021</u>.

                                                            ROBERT M. FARRELL
                                                             CLERK OF COURT


                                    By:    <u>/s/ Leonardo T. Vieira</u>
                                                   Deputy Clerk