UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES                                              Civil Action No. 1:20-cv-10800-FDS

Plaintiff

V.

BANK OF NEW YORK et al

Defendant

PLAINTIFF'S MOTION FOR ENTRY

OF DEFAULT JUDGMENT

1. The Plaintiff, Paul Jones (hereinafter the "Plaintiff"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for entry of a default judgment against the Defendant, Sandra Robinson (hereinafter "Defendant") in the above-captioned action. As previously detailed, the Summons and Complaint in this matter have been served upon the Defendant, and the time in which Defendants may serve a responsive pleading or motion has expired, without any responsive pleading or motion to the Complaint.

2. Plaintiff hereby moves this Honorable Court for entry of judgment as following: (a) compensatory damages in the amount of $7000; (b) damages in the amount of $8,400 under the Massachusetts Consumer Protection Act, M.G.L. c. 93A,): (c) damages in the amount of $5500 under Mass. Gen. Laws ch. 183 , § 21 (*d)* court costs of $598.00. (d) Plaintiff requests pre-judgment interest of 9%. Grand total of : $21,498.00

3.The Plaintiff states, upon its information and belief, the Defendants are not an incompetent person, nor an infant, nor a person in the military service as defined in the "Service Members Civil Relief Act, pursuant to 50

U.S.C. §§ 501 et seq. In support its Motion for Entry of Default Judgment, the Plaintiff respectfully submits the Affidavit of Paul Jones, attached, restated, and incorporated by reference thereto (the "Plaintiff Affidavit"), together with its form of Default Judgment, for consideration by this Court.

WHEREFORE, pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Plaintiff, , respectfully moves this Honorable Court for entry of default judgment against the Defendant, in accordance with the submissions herewith.

Paul Jones    /s/ Paul Jones
572 Park Street
Stoughton, Ma 02072                          Dated: June 27, 2021
Pj22765@gmail.com
617-939-5417

CERTIFICATE OF SERVICE

I, Paul Jones, do hereby state that on this 27th day of June 2021, I caused to be served the above-referenced document, by and through the ECF electronic filing system, upon such parties or counsel of record as appearing in the above-captioned action and by first class mail.

Paul Jones   /s/ Paul Jones
572 Park Street
Stoughton, Ma 02072          Dated: June 27, 2021
Pj22765@gmail.com
617-939-5417