UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES                                    Civil Action No. 1:20-cv-10800-FDS

Plaintiff

V.

BANK OF NEW YORK et al
Defendant

AFFIDAVIT OF PAUL JONES IN SUPPORT OF PLAINTIFF'S

MOTION FOR DEFAULT JUDGMENT

I, Paul Jones, being duly sworn, depose and state as follows:

1. On April 24, 2020, Paul Jones (Plaintiff) filed a Verified Complaint against the Defendants including Sandra Robinson ("Defendant"). On June 15, 2020, the Trust filed a motion to dismiss. On July 27, 2020, Dckt 14 Jones filed Amended Complaint without a Civil action number on it, clerks department mistakenly docketed Plaintiffs Amended Complaint for a brand new case see docket Number 1:20-cv-11406-NMG.

2. Plaintiff spoke with the court and explained the mix up the clerk then docketed the governing Amended complaint to Dckt #14- 1:20-cv-10800-FDS as of July 27,2020, Defendants recognized the governing Amended Complaint Dckt 14 in there Motion to Dismiss 12 B 6 (Dckt 20¶ page 3).

3. Plaintiff served Defendant Sandra Robinson in hand by Willian Albright Investigative research Associates on the same day July 27, 2020, at 3:35 pm See Dckt 13, and did not answer and failed to respond.

4. On July 30, 2020,"Dckt 11 *Plaintiff filed a Notice to the Court with an Amended complaint only as an Exhibit as the complaint was already filed in Boston Federal , the clerk mistakenly filed the exhibit as the governing complaint, this was due to a back log of filings due to Corvid -19.*

5. I am over the age of 21 years old, I am a resident of the Commonwealth of Massachusetts and the U.S. District Court for the District of Massachusetts. I am the Plaintiff Paul Jones., in the instant case.

6. I make this Affidavit in support of the Plaintiff's Motion for Default Judgment based in the above captioned action, upon personal knowledge, and my information and belief which arise from and are based upon the documents related to the instant litigation, the Massachusetts Lawsuit.

7. According to my understanding, the plaintiff is moving for a default Judgement against Defendants Sandra J. Robinson for count 1 and 3 (Demand for Jury Trial) in the above captioned complaint.

8. Defendant Sandra Robinson is not, or have not been, an incompetent person, nor an infant, nor a person in the military service as defined in the "Service Members Civil Relief Act, as set forth in 50 U.S.C. §§ 501 et seq.

9. According to my understanding, information and belief, the Court filing fees incurred by the Plaintiff is approximately $400.00, plus $170.00 in service of the complaint and Printing costs of approximately $28.00 According to my understanding, information and belief, these totals are approximate total cost.

10. Defendants used an assignment to foreclose on plaintiffs' home in the year 2018 with an assignment that was fraud due to someone other than the notary crossed out a date and signed, it was not signed by notary Sandra Robinson.

>   I Paul Jones due certify that the statements and allegations set forth in the forgoing Motion and Memorandum are true and accurate to the best of my knowledge and is Signed under the pains and penalties of perjury, this 27th day of June 2021 under 28 U.S.C 1746.
>
>   Paul Jones    /s/ Paul Jones
>   572 Park Street

Stoughton, Ma 02072                    Dated: June 27, 2021

Pj22765@gmail.com

617-939-5417

CERTIFICATE OF SERVICE

I, Paul Jones, do hereby state that on this 27th day of June 2021, I caused to be served the above-referenced document, by and through the ECF electronic filing system, upon such parties or counsel of record as appearing in the above-captioned action and by first class mail.

Paul Jones    /s/ Paul Jones
572 Park Street
Stoughton, Ma 02072                              Dated: June 27, 2021
Pj22765@gmail.com
617-939-5417