UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES              Civil Action No. 1:20-cv-10800-FDS

Plaintiff

V.

BANK OF NEW YORK et al
Defendant

## FORM OF

## DEFAULT JUDGMENT

Defendant _____ having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $_____ that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $_____ .

It is hereby ORDE RED, ADJUDGED AND DECREED that plaintiff recover from defendant _____ the principal amount of $_____ , with costs in the amount of $_____ and prejudgment interest at the rate of %_____ from to in the amount of $_____ for a total judgment of $_____ with interest as provided by law.

By the Court

_____

Dated: May 25, 2021              DEPUTY CLERK

NOTE: The post judgment interest rate effective this date is _____ %