UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Pro Se Party Paul Jones

    Plaintiff                                                                                     1:20-cv-10800 -FDS

Sandra Robinson

    Defendant                              **NOTICE OF DEFAULT**

    Upon application of the Plaintiffs, **Pro Se Party Paul Jones** for an order of Default for failure of the Defendant, **Sandra Robinson**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 22nd of September, 2021

                                                               ROBERT M. FARRELL
                                                               CLERK OF COURT

                                              By:    /s/ Taylor Halley
                                                            Deputy Clerk