UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES                      Civil Action No. 1:20-cv-10800-FDS

Plaintiff

V.

BANK OF NEW YORK et al

Defendant

PLAINTIFF'S MOTION FOR ENTRY

OF DEFAULT JUDGMENT

1. The Plaintiff, Paul Jones (hereinafter the "Plaintiff"), respectfully moves this Honorable Court for entry of a default judgment in the amount of $25,770.00 against the Defendant, Sandra Robinson (hereinafter "Defendant") in the above-captioned action as previously detailed, the Summons (Exhibit 1) and Amended Complaint (Exhibit 2) in this matter have been served upon the Defendant, and the time in which Defendants may serve a responsive pleading or motion has expired, without any responsive pleading or motion to the Complaint.

2. The Request for Default sets forth the request for the court to enter the default of the Defendant who has not answered the complaint or otherwise defended the action within the time required by the rules or as extended by court order, accordingly defendant was defaulted on September 22, 2021.

3. The Plaintiff states from personal knowledge that the Defendant is not an incompetent person, nor an infant, nor a person in the military service as defined in the "Service Members Civil Relief Act, pursuant to 50 U.S.C. §§ 501 et seq.

1

4. In support its Motion for Entry of Default Judgment, the Plaintiff respectfully submits the Affidavit of Plaintiff Paul Jones, Proof of Process of Service and Amended Complaint attached , together with its form of Default Judgment, for consideration by this Court.

5. This court has personal jurisdiction because service of process has been properly effectuated on Defendant. See Maryland State Firemen's Ass'n v. Chaves, 166 F.R.D. 353, 354 (D. Md. 1996) also see Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 2682 (2d ed. 1983)).

6. Plaintiff hereby moves this Honorable Court for entry of judgment as following: (a) damages in the amount of $8,400.00 under the Massachusetts Unfair & Deceptive Act (M.G.L. c. 93A,): (b) $8,400.00 damages tripled under M.G.L. c. 93A : $25,200.00 (c) court filing fee $400.00 (d) Process Service of the Amended complaint 170.00 Grand total of $25,770.00.

WHEREFORE, Plaintiff, , respectfully moves this Honorable Court for entry of default judgment against the above-named Defendant Sandra Robinson in accordance with the submissions herewith.

Paul Jones     /s/ Paul Jones
572 Park Street
Stoughton, Ma 02072                              Dated: October 2, 2021
Pj22765@gmail.com
617-939-5417

Sandra Robinson
3544 Red Mesa Trail
Aubrey, Texas 76227

2

CERTIFICATE OF SERVICE

I, Paul Jones, do hereby state that on this 2nd day of Oct 2021, I caused to be served the above-referenced document, by and through the ECF electronic filing system, upon such parties or counsel of record as appearing in the above-captioned action and by first class mail.

Paul Jones    /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072                                  Dated: October 2, 2021

Pj22765@gmail.com

617-939-5417


Sandra Robinson

3544 Red Mesa Trail

Aubrey, Texas 76227