UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES | Civil Action No. 1:20-cv-10800-FDS |
| Plaintiff | |
| V. | |
| BANK OF NEW YORK et al<br>Defendant | |

AFFIDAVIT OF PAUL JONES IN SUPPORT OF PLAINTIFF'S

MOTION FOR DEFAULT JUDGMENT

I, Paul Jones, , under penalties of perjury, and based upon personal knowledge hereby declares as follows:

1. I am over the age of 21 years old, I the Plaintiff and is a resident of the Commonwealth of Massachusetts, I make this Affidavit in support of the Plaintiff's Motion for Default Judgment based in the above captioned action.

2. Plaintiffs Supporting Affidavit sets forth the basis for the entry of default against the defendant, it includes the proof of service of the summons (Exhibit 1) and Amended Complaint (Exhibit 2), the defendants has failed to file a motion or serve a responsive pleading, and there is an absence of an extension of time for defendant to respond.

3. The Defendant is not the United States or an incompetent person, an infant, nor a person in the military service as defined in the "Service Members Civil Relief Act, pursuant to 50 U.S.C. §§ 501 et seq.

4. Plaintiff filed the Amended complaint with the court on July 24, 2020, by certified mail the court docketed the complaint on July 27, 2020, at 10:03 AM See Dkt 14.

5. Plaintiff private Investigator William Albright (Willian Albright Investigative research Associates) served Defendant in hand with the Amended Complaint on July 27, 2020, at 3:35 pm See Dkt 13 or Exhibit1, and defendant Sandra Robinson failed to answer or respond to plaintiffs Amended complaint.

6. The courts defaulted defendant Sandra Robinson of September 22, 2021, Plaintiff hereby moves this Honorable Court for entry of judgment as following: (a) damages in the amount of $8,400.00 under the Massachusetts Unfair & Deceptive Act (M.G.L. c. 93A,): (b) $8,400.00 damages tripled under M.G.L. c. 93A : total of $25,200.00 (c) court filing fee $400.00 (d) Process Service of the Amended complaint 170.00 Grand total of $25,770.00.

I Paul Jones due certify that the statements and allegations set forth in the forgoing Motion and Memorandum are true and accurate based on my personal knowledge and is signed under the pains and penalties of perjury, this 2nd day of October 2021 under 28 U.S.C 1746.

Paul Jones    /s/ Paul Jones
572 Park Street
Stoughton, Ma 02072              Dated: October 2, 2021
Pj22765@gmail.com
617-939-5417


Sandra Robinson
3544 Red Mesa Trail
Aubrey, Texas 76227

CERTIFICATE OF SERVICE

I, Paul Jones, do hereby state that on this 2nd day of October 2021, I caused to be served the above-referenced document, by and through the ECF electronic filing system, and upon Defendants (Sandra Robinson) by first class mail.

Paul Jones    /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072					Dated: October 2, 2021

Pj22765@gmail.com

617-939-5417


Sandra Robinson

3544 Red Mesa Trail

Aubrey, Texas 76227