UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES                                                            Civil Action No. 1:20-cv-10800-FDS

Plaintiff

      V.

BANK OF NEW YORK et al
Defendant

FORM OF

DEFAULT JUDGMENT

Defendant Sandra Robinson having failed to plead or otherwise defend in this action and its default having been entered on September 22, 2021.

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $25,200.00 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $570.00.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Sandra Robinson the principal amount of $ 25,200.00  with costs in the amount of $570.00  no  prejudgment interest for a total judgment of $27,770.00 with interest as provided by law.

By the Court

_____

Dated: October 2, 2021,                                                                DEPUTY CLERK

NOTE: The post judgment interest rate effective this date is _____%