UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANDRA ROBINSON, )<br>)<br>Defendant. )<br>) | Civil Action No.<br>20-10800-FDS |

## ORDER OF DISMISSAL

**SAYLOR, C.J.**

This action arises out of a mortgage foreclosure. On January 10, 2022, the Court ordered *pro se* plaintiff Paul Jones to show cause in writing within 21 days as to why this matter should not be dismissed for lack of personal jurisdiction over defendant Sandra Robinson. The Court informed him that failure to comply with the order could result in dismissal of the action.

On January 26, 2022, Jones filed a motion for extension of time to February 14, 2022, to file a response to the show cause order. On January 27, 2022, the Court granted that motion. To date, plaintiff has not filed a response.

Accordingly, this action is hereby DISMISSED.

2

**So Ordered.**

                                               /s/ F. Dennis Saylor IV
                                               F. Dennis Saylor IV

Dated:  January 10, 2023                       Chief Judge, United States District Court