UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Paul Jones

Plaintiff

v.                         Civil Action No. 20-10800-FDS

Bank of New York
Trustee for The Certificate Holders CWABS, Inc,

Asset-Backed Certificate, Series 2004-7

NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiff Paul Jones hereby appeal(s) to the First Circuit Court Appeals from the Final order/judgment from Civil Action No. 20-10800-FDS, the date and order entered on January 11, 2023, each and every part thereof.

Paul Jones  /s/ Paul Jones        January 17, 2023
572 Park Street
Stoughton, Ma 02072
Pj22765@gmail.com
617=939-5417

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, a copy of the foregoing Notice of Appeal was filed by and to the Clerks office in The Boston Federal Court, notice of this filing will be sent to the following parties Electronically and by First Class Mail, Parties may also access this filing through the Court's system.

**Paul Jones  /s/ Paul Jones**                     January 17, 2023
572 Park Street
Stoughton, Ma 02072
Pj22765@gmail.com
617=939-5417


**Carson M. Shea**
Eckert Seamans Cherin & Mellott, LLC
Two International Place, 16th Flr.
Boston, MA 02110
617-342-6930
Email: cshea@eckertseamans.com

**Peter Francis Carr , II**
Eckert Seamans Cherin & Mellott, LLC
16th Floor
Two International Place
Boston, MA 02110
617-342-6800
Fax: 617-342-6899
Email: pcarr@eckertseamans.com