UNITED STATES COURT OF APPEALS
*for the*
FIRST CIRCUIT

2023 JAN 31 PM 1:19

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Paul Jones

Plaintiff

Court of Appeals Docket #: 23-1078

v.

Lower court 20-10800-FDS

SANDRA J. ROBINSON

MOTION TO LEAVE APPEAL FORMA PAUPERIS

Plaintiff respectfully moves this Court for an order permitting him to proceed appeal in forma pauperis. Plaintiff submits the following financial affidavit of indigency attached as Exhibit 1.

Plaintiff is indigent and is self-represented Prose and as never had an attorney in this case, therefore it is requested that the court grant leave to file without payment of fees or cost of this appeal.

I declare under penalty and perjury under the laws of the United States of America, the forgoing is true and correct.

Paul Jones  /s/ Paul Jones               January 27, 2023
572 Park Street
Stoughton, Ma 02072
Pj22765@gmail.com